Name LaTrivia E Harris

Street Address General Delivery No fedx, No ups, etc.

City and County Sacramento, CA.

State and Zip Code CA. 95814

Telephone Number 415-735-1316

**FILED**

NOV 22 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

LaTrivia E. Harris

_____

_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Medical Board of California

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:24 cv 3253 DAD AC (PS)

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No

*(check one)*

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name             LATrivia F Harris
Street Address   General Delivery no fedx, No ups, etc
City and County  Sacramento
State and Zip Code  CAliforNiA 95814
Telephone Number  415-735-1316

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name             Medical boArd of CAliforNiA
Job or Title     2005 Evergreen St#1200
(if known)
Street Address
City and County  SACrAmento
State and Zip Code  CAliforNiA 95815
Telephone Number  916 263 2382

Defendant No. 2

Name             _____
Job or Title     _____
(if known)
Street Address   _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____

2

Defendant No. 3

    Name                 _____

    Job or Title
    (if known)            _____

    Street Address      _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number    _____

Defendant No. 4

    Name                 _____

    Job or Title
    (if known)            _____

    Street Address      _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number    _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction?  *(check all that apply)*

    ☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ~ DisCrimiNAtioN § 839-0005 - 0005

XIV. Amendment - Due process
20 CSR 2165-3.020 UNfAir, Deceptive practices
8th Amendment - right to be informed
18 U.S. Code § 371 ConspirAcy / 6th Amendment - protection from retaliation

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* LAtiviA E Harris , is a citizen of the State of *(name)* CAliforniA .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* M̶e̶d̶i̶c̶a̶l̶ ̶B̶o̶a̶r̶d̶ ̶o̶f̶ ̶C̶A̶., is
incorporated under the laws of the State of *(name)*
S̶A̶C̶R̶A̶M̶E̶N̶T̶O̶, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* S̶A̶C̶R̶A̶M̶E̶N̶T̶O̶.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*: Traveling expenses from Seattle. WA to Sacremento

The medical board should have went Ahead with the complaints investigation process due to the seriousness of the complaints And the Abuse I reported to have recieved

**III.   Statement of Claim**   I'm Asking for 100,000$ Compensation to have

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

1) By Saying they did not recieve the release of information forms I paid fed X to send

2) And dropping my complaint even though I explained I was in a sex traffic situation

3) By impersonating Another "past" worker That my due process was violated, Discrimination was shown.

5

relief

At the end of 2021

Between 2021 & 2022 I filed a complaint against Tenderloin mental health and three mental health workers. At first, over the phone I was told that once you turn your complaint in they don't communicate about the outcome of the investigations.

But around the middle of 2022 I got a call from a lady named Genevieve. She said she had my complaint and if I had any questions I could call her. June or July of 2022 I got a letter saying that the medical board, (Genevieve, did not recieve my release of information forms and that my complaint would be dropped. I called Genevieve and she informed me that after 3 yrs. without all signed documents,

notes

The complaint is dismissed.
I relayed to her my intention
to go to the medical board in
person.
   I did understand why a claim
About sex trafficking type issues
would not be investigated dispite
information release forms.
   When I went back to the
fed ex where I mailed the
package - they had moved.
   I didn't make it here to
Sacramento till 2024, febuary,
When I got here I informed
genevieve by phone message that
I was here in Sacramento California
And I would like to set up a
time to talk to her.
   When I finally got her
on the phone She told me, I
did not need an Appt. that I
would have to start the process
over because she never saw my

3)

release of information forms And
that she didn't Know why I came
or what I thought she could
do. Although I repeatedly went
there And called (medical board of
(CA.) I never saw Anyone named
genevieve there And the one
worker I saw online named
genevieve Appeared to be retired.
I Am repeatedly being
Assualted. Recently A person
imitated the guy in A tent
next to me And beat me
with A steel pole And destroyed
my tent.. The court proceeding
Are ongoing. My mental And
Phyisical health Are constantly
Under Attack by the street
people they use! I'm hoping
the court grant me this
relief And Any further
help it can provide
                    Sincerely respectfully
                    Latrivia E Harris

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to be compensated for the time I filed the complaint till present as I have been repeatedly assualted since filing, spit on, punch verbal abuse, etc... Also I would like my travelling expenses from seattle to here covered

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov. 22, 2024

Signature of Plaintiff

Printed Name of Plaintiff    LAtrivia E Harris

6