UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRIVIA E. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDICAL BOARD OF CALIFORNIA,<br><br>　　　　　Defendant. | No.  2:24-cv-03253-DAD-AC (PS)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 3) |

　　　　Plaintiff LaTrivia E. Harris proceeds *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 7, 2025, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that plaintiff's complaint be dismissed without leave to amend.  (Doc. No. 3 at 4.)  Specifically, the magistrate judge concluded that plaintiff's complaint is barred by the Eleventh Amendment, which bars suit against a state agency such as the Medical Board of California; that plaintiff has failed to establish a basis for subject matter jurisdiction; and that plaintiff has failed to state a claim upon which relief may be granted.  (*Id.* at 3–4.)  The magistrate judge further concluded that the granting of leave to amend would be futile and therefore was not appropriate in this case, even accounting for the liberal standard

1  afforded to *pro se* plaintiffs, in light of the defects in plaintiff's complaint described above. (*Id.* at 4.)

2  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) Plaintiff filed her objections on February 3, 2025. (Doc. No. 4.) In her objections, plaintiff argues that governmental entities have a duty to enforce the law and that governmental immunity from tort liability may depend on whether a statute requires action or makes government action discretionary. (*Id.*) Nothing in plaintiff's objections provides a basis upon which to decline to adopt the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 7, 2025 (Doc. No. 3) are adopted in full;
2. Plaintiff's complaint is dismissed without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 9, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE